# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE
# AT KNOXVILLE

| | | |
|---|---|---|
| **SALEM POINTE CAPITAL, LLC,** ) | | |
| ) | | |
| **Plaintiff,** ) | | |
| ) | | |
| v. ) | No.: | 3: 18-CV-00443 |
| ) | | REEVES/POPLIN |
| ) | | |
| **BEP RARITY BAY, LLC and** ) | | |
| **BALD EAGLE VENTURES, LLC,** ) | | |
| ) | | |
| **Defendants.** ) | | |
| **SALEM POINTE CAPITAL, LLC,** ) | | |
| ) | | |
| **Plaintiff,** ) | | |
| ) | | |
| v. ) | No.: | 3: 18-CV-00444 |
| ) | | REEVES/POPLIN |
| ) | | |
| **BEP RARITY BAY, LLC and** ) | | |
| **BALD EAGLE VENTURES, LLC,** ) | | |
| ) | | |
| **Defendants.** ) | | |

## ORDER OF CONSOLIDATION

This matter is before the court on the defendants' motion to consolidate the captioned cases pursuant to Rule 42(a) of the Federal Rules of Civil Procedure and E.D. Tenn. L.R. 3.2(d)(3) [R. 12]. In support of the motion, defendants state that these actions involve common questions of law and fact. Plaintiff does not object to the motion and agrees that judicial economy would be promoted by consolidation of the two cases [R. 15].

Consolidation is governed by Rule 42(a), Federal Rules of Civil Procedure, which permits actions to be consolidated for the economy and convenience of the court and the parties where such actions involve common questions of law or fact. Fed.R.Civ.P. 42(a); *Tri-Med Finance Co. v. Nat'l Century Fin. Enterprises Inc.,* 208 F.3d 215 (6th Cir. 2000). A review of the complaints in these cases establishes that common questions of law and fact are at the heart of both actions. Therefore, the court finds that consolidating these two related actions is in the interest of judicial economy and the interest of all parties. Accordingly, the motion to consolidate the cases is well taken, and it is hereby **GRANTED.**

Civil Action No. 3:18-CV-443 and Civil Action No. 3:18-CV-444 are **CONSOLIDATED**, **with Civil Action No. 3:18-CV-443 designated as the lead case**. All future filings are to be made in the lead case, Civil Action No. 3:18-CV-443, and the clerk is **DIRECTED** to administer these cases as consolidated for all future proceedings.

**IT IS SO ORDERED**.

*/s/ Pamela L. Reeves*
**UNITED STATES DISTRICT JUDGE**